**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**Case No. 1:20-cv-03514-DDD-GPG**

**RIFLE ONION COMPANY, LLC**, a Colorado limited liability company,

    **Plaintiff/Counter-Defendant**,

**vs.**

**ROBERT HELLMAN**, individually;
**JAMES HILL**, individually; and
**LABYRINTH HOLDINGS LLC**, a California limited liability company;

    **Defendants.**

**and**

**LABYRINTH HOLDINGS LLC**, a California limited liability company,

    **Counterclaimant and Third-Party Plaintiff,**

**vs.**

**MACARIO CARRILLO**, an individual and Colorado citizen.

    **Third-Party Defendant,**

---

**THIRD-PARTY DEFENDANT'S MOTION TO COMPEL THIRD-PARTY PLAINTIFF TO PROVIDE ANSWERS TO  INTERROGATORIES PROPOUNDED IN THE OCTOBER 25, 2021, FIRST INTERROGATORIES AND FOR SANCTIONS**

---

**CERTIFICATION PURSUANT TO D.C.Colo.LCivR 7.1(a)**

I hereby certify that I conferred by telephone conference with counsel for the Defendants/Third-Party Plaintiff on Tuesday, December 28, 2021- Wednesday, December 29, 2021, concerning the fact that Defendants/Third-Party Plaintiff had failed to respond to and/or answer the Third-Party Defendant's First Interrogatories to the LabX Parties served October 25,

2021, a copy being attached hereto as Exhibit "A," and it appearing that opposing counsel has been unable to obtain the cooperation of his clients, counsel for the parties were unable to resolve the issues set forth in the motion without court intervention.

Dated December 30, 2021.

S/CRAIG A. BRAND

_____

**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Road
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiff/Counter-Defendant and
Third-Party Defendant

## <u>MOTION TO COMPEL AND FOR SANCTIONS</u>

Pursuant to Fed. R. Civ. P 33, 37(a)(3)(B)3-4, and D.C.Colo.LCivR 7.1(a) and 37.1, Third-Party Defendant, MACARIO CARRILLO, by and through his undersigned counsel, **having received no responses, objections and/or answers whatsoever to the discovery attached hereto as Exhibit "A,"** herewith moves the Court to enter an order::

1. Compelling the Defendants/Third-Party Plaintiff to forthwith, by a date certain, provide sworn answers to interrogatories to the LabX Parties served October 25, 2021, a copy being attached hereto as Exhibit "A;" and

2. Awarding expenses of this motion against the Defendants, ROBERT HELLMAN, individually; JAMES HILL, individually; and Defendant/Third-Party Plaintiff, LABYRINTH HOLDINGS LLC, a California limited liability company, for failure to provide any responses, objections and/or answers whatsoever to Exhibit "A" attached hereto.

As grounds therefore, Movant will demonstrate unto this Court that:

    A.  Pursuant to Rule 33, Fed. R. Civ. P., sworn answers and/or objections were due within thirty (30) days of the October 25, 2021, service of Exhibit "B" on the Defendants/Counterclaimant, to wit, by November 24, 2021;

    B.  On December 13, 2021, opposing counsel advised the undersigned counsel by email that his responses to Exhibit "A" attached hereto was a "work in progress" as he was awaiting on his clients to provide certain information;

    C.  Subsequently, counsel for the parties arranged for and held a telephone conference to be held on December 28, 2021, at approximately 2:00 P.M. to discuss the status of obtaining the discovery responses due from the Defendants/Counterclaimant.

    D.  At the December 28, 2021, telephone conference, counsel for the Defendants/Third-Party Plaintiff had no new information as to when his clients would be providing sufficient information for him to response to the discovery.

Defendants/Third-Party Plaintiff are in violation of Fed. R. Civ. P. 33.

Wherefore, Third-Party Defendant, MACARIO CARRILLO, prays that the Court will issue an order compelling Defendants, ROBERT HELLMAN, individually; JAMES HILL, individually; and Defendant/Counterclaimant, LABYRINTH HOLDINGS LLC, a California limited liability company,, to provide sworn written answers to the THIRD-PARTY DEFENDANT'S FIRST INTERROGATORIES TO THE LABX PARTIES set forth in Exhibit "A" attached hereto by a date certain under penalty of sanctions to be imposed by the Court for willful disregard of a court order.

DATED this the 30th day of December, 2021.

S/CRAIG A. BRAND

_____

**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Road
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiff/Counter-Defendant and
Third-Party Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2021, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing via

email to Nadav Aschner, Esq., and Chris G. Baumgartner, Esq., The Rodman Law Group, LLC,

Attorneys for Hellman, Hill and LabX, 600 S. Cherry St., Ste. 835,Denver, CO 80246,Telephone:

(720) 663-0558 nadav@therodmanlawgroup.com and chris@therodmanlawgroup.com.

S/ CRAIG A. BRAND

_____

**Craig A. Brand, Esq.**